FILED IN OPEN COURT
ON 5-8-2013 CB
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-00253-1-FL
5:12-CR-00253-2-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL L. THOMAS and | ) |
| CAROLYN S. THOMAS, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on "Defendants' Motion to Seal D.E. #47, 48 and 51."

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Memoranda and accompanying exhibits filed at D.E. #47, 48 and 51 shall be sealed.

SO ORDERED.

This the 8th day of May, 2013.

_____
LOUISE WOOD FLANAGAN
U.S. DISTRICT COURT JUDGE